JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

**ZHENYUAN SUN,**

**Plaintiff,**

**v.**

**JOSEPH B. EDLOW, et al.**

**Defendants.**

**Case No. 8:26-cv-01526-FWS-ADS**

**JUDGMENT OF DISMISSAL**

Plaintiff Zhenyuan Sun brought this against Defendants Joseph B. Edlow and USCIS National Benefits Center. (*See generally* Dkt. 1 ("Complaint").) On October 26, 2026, the court granted Defendants' Motion to Dismiss, dismissing the Complaint without leave to amend. Consistent with the court's October 26, 2026, Order, the court

**ENTERS JUDGMENT** in this case in favor of Defendants and against Plaintiff. Plaintiff shall take nothing on their claims against Defendants in this case.

**IT IS SO ORDERED.**

DATED: October 26, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE